**No. 11-153. Resat Keles, Petitioner v. Trustees of Columbia University in the City of New York, et al.**

565 U.S. 1088, 132 S. Ct. 838, 181 L. Ed. 2d 543, 2011 U.S. LEXIS 8700.

December 5, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 884, 132 S. Ct. 255, 181 L. Ed. 2d 148, 2011 U.S. LEXIS 5368.

**No. 11-5014. In re George M. Papa, et ux., Petitioners.**

565 U.S. 1088, 132 S. Ct. 838, 181 L. Ed. 2d 543, 2011 U.S. LEXIS 8805.

December 5, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 813, 132 S. Ct. 394, 181 L. Ed. 2d 248, 2011 U.S. LEXIS 6366.

**No. 11-5035. Robert L. Poole, Jr., Petitioner v. United States.**

565 U.S. 1088, 132 S. Ct. 838, 181 L. Ed. 2d 543, 2011 U.S. LEXIS 8812.

December 5, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 886, 132 S. Ct. 261, 181 L. Ed. 2d 152, 2011 U.S. LEXIS 5294.

**No. 11-5062. Colin D. Bortz, Petitioner v. Kenneth R. Cameron, Superintendent, State Correctional Institution at Cresson, et al.**

565 U.S. 1088, 132 S. Ct. 838, 181 L. Ed. 2d 543, 2011 U.S. LEXIS 8770.

December 5, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 888, 132 S. Ct. 264, 181 L. Ed. 2d 155, 2011 U.S. LEXIS 5669.

**No. 11-5195. John Joseph Volz, Petitioner v. Gerald L. Rozum, Superintendent, State Correctional Institution at Somerset, et al.**

565 U.S. 1088, 132 S. Ct. 838, 181 L. Ed. 2d 543, 2011 U.S. LEXIS 8706.

December 5, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 894, 132 S. Ct. 280, 181 L. Ed. 2d 167, 2011 U.S. LEXIS 5615.

**No. 11-5387. Loren J. Larson, Jr., Petitioner v. Alaska.**

565 U.S. 1088, 132 S. Ct. 839, 181 L. Ed. 2d 543, 2011 U.S. LEXIS 8819.

December 5, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 904, 132 S. Ct. 304, 181 L. Ed. 2d 186, 2011 U.S. LEXIS 5785.

**No. 11-5533. Kevin Millen, Petitioner v. Tennessee.**

565 U.S. 1088, 132 S. Ct. 839, 181 L. Ed. 2d 543, 2011 U.S. LEXIS 8829.

December 5, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 913, 132 S. Ct. 325, 181 L. Ed. 2d 202, 2011 U.S. LEXIS 5971.